UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: MERRILL LYNCH & CO., INC.,
AUCTION RATE SECURITIES (ARS)
MARKETING LITIGATION

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 4-11-13
```

| | |
|---|---|
| This Document Relates To:<br><br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>No. 1:09-cv-09887-LAP<br><br>LOUISIANA PACIFIC CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MONEY MARKET 1 INSTITUTIONAL<br>INVESTMENT DEALER; MERRILL LYNCH<br>& CO., INC.; MERRILL LYNCH, PIERCE,<br>FENNER & SMITH INCORPORATED; AND<br>DEUTSCHE BANK SECURITIES INC.,<br><br>　　　　　　Defendants. | 1:09-md-02030-LAP<br>ECF CASE<br><br><br>[~~PROPOSED~~] ORDER<br>GRANTING PLAINTIFF'S<br>MOTION FOR DEFAULT<br>JUDGMENT AGAINST<br>MONEY MARKET 1<br>INSTITUTIONAL DEALER |

The Court has considered Plaintiff Louisiana Pacific Corporation's Motion for Default Judgment Against Money Market 1 Institutional Dealer ("MM1") and for good cause ORDERS that a Default Judgment shall be entered against MM1 in the amount of $37,742,192. *The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

SO ORDERED:

Dated: *April 9, 2013*

*Loretta A. Preska*
Hon. Loretta A. Preska
United States District Judge