UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUISIANA PACIFIC CORPORATION,

                Plaintiff,                          09 MD 2030 (LAP)

              -against-                        **JUDGMENT**

MONEY MARKET 1 INSTITUTIONAL
INVESTMENT DEALER: MERRILL LYNCH
& CO., INC.; MERRILL LYNCH PIERCE,
FENNER & SMITH INCORPORATED; AND
DEUTSCHE BANK SECURITIES, INC.,
                          Defendants.

This Document Relates To: 09 civ. 9887 (LAP).
-----------------------------------------------------------X

      Whereas the Court having considered Plaintiff Louisiana Pacific Corporation's Motion for Default Judgment against Money Market 1 Institutional Dealer ("MM1"), and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on April 9, 2013, having rendered its Order granting plaintiff's motion for default judgment against Money Market 1 Institutional Dealer, denying all pending motions as moot, and Ordering entry of default judgment against MM1 in the amount of $37,742,192 and to close this action, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 9, 2013, Plaintiff's motion for default judgment is granted and judgment is hereby entered against MM1 in the amount of $37,742,192.; accordingly, the case is closed and all pending motion are denied as moot.

**Dated:**  New York, New York
          April 17, 2013

                                                        **RUBY J. KRAJICK**

BY: _____ Clerk of Court
_____ Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____